UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BILLY DALE, et al., | ) | CASE NO. 1:07CV1133 |
| Plaintiffs, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | ORDER OF REMAND |
| RAYCOM NATIONAL, INC., et al., | ) ) | |
| Defendants. | ) | |

CHRISTOPHER A. BOYKO, J.:

This matter came before the Court for an attorney conference on February 29, 2008. The Court has been advised that the claims between Plaintiffs, Billy Dale and Maurice Marbury, and Defendant, Village of North Randall, have been settled.

The captioned Complaint was removed to U.S. District Court on April 18, 2007. Federal jurisdiction was premised upon claims under 42 U.S.C. § 1983 lodged against the Village of North Randall. Since the Civil Rights claims have been resolved, the Complaint is now comprised of only state law claims. In view of that fact, and with the agreement of the parties, the above-captioned matter is remanded to Cuyahoga County Common Pleas Court.

IT IS SO ORDERED.

DATE: 2/29/08

_____
CHRISTOPHER A. BOYKO
United States District Judge